THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS SWEENEY, Appellant, *v.* THOMAS STURGIS, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Sweeney* v. *Sturgis,* 78 App. Div. 460, affirmed.
(Submitted April 29, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to so regulate the rules of the fire department of the city of New York that members thereof shall not

be assigned to more than eight hours' duty in any one calendar day.

*Joseph J. Myers* for appellant.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, VANN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.